FILED
FEBRUARY 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1068

JUDGE GETTLEMAN
MAGISTRATE JUDGE COX

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| METAL RESOURCES INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | |
| METALMAX, LLC | ) | Judge |
| | ) | |
| Defendant. | ) | |

NOTICE OF REMOVAL

Defendant Metalmax, LLC ("Metalmax"), by its counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, removes the action described below to the United States District Court for the Northern District of Illinois. In support, Metalmax states:

1.  On or about January 14, 2008, Plaintiff Metal Resources, Inc. filed a complaint in the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois (the "DuPage County Court"), Case No. 2008 L 41, against Metalmax. A copy of the complaint is attached as Exhibit 1.

2.  Although never formally served, Metalmax picked up a copy of the complaint from the Jefferson County Sheriff's Office in Golden, Colorado on January 22, 2008. *See* Exhibit 1, page 1. The complaint constitutes the only pleading, process or order served upon Metalmax in connection with the pending litigation.

3.  The parties have diversity of citizenship in that the plaintiff is an Illinois corporation and the defendant is a Colorado limited liability company. Exhibit 1, page 2. Further, the amount claimed by the plaintiff exceeds $75,000. Therefore, this Court has diversity jurisdiction over the matter pursuant to 28 U.S.C. § 1332.

4.	This notice is timely pursuant to 28 U.S.C. § 1446 because it is being filed within thirty days of Metalmax's receipt of the complaint and summons.

5.	In compliance with 28 U.S.C. § 1446(d), Metalmax will file a copy of this notice of removal with the clerk of the DuPage County Court and give written notice to all adverse parties.

February 20, 2008

Respectfully submitted,

METALMAX, LLC

By:  *Ann H. Cisneros*_____
Ann H. Cisneros, Colo. Reg. No. 32547
ANN H. CISNEROS LAW, LLC
P.O. Box 7310
Denver, Colorado  80207
303-284-1501 (voice)
303-496-1502 (fax)
acisneros@annhcisneroslaw.com

### Certificate of Service

The undersigned certifies that a copy of the foregoing **NOTICE OF REMOVAL** was served on the following counsel for Plaintiff by U.S. mail, postage prepaid, on February 21, 2008.

Ronald J. Senechaile
Pluymert, Piercey, MacDonald & Amato, LTD
2300 Barrington Road, Suite 220
Hoffman Estates, IL  60195

*s/Ann H. Cisneros*_____
Ann H. Cisneros

| CIRCUIT COURT SUMMONS | COPY | 3101C (Rev. 12/04) |

**STATE OF ILLINOIS**  
UNITED STATES OF AMERICA  
IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT  
**COUNTY OF DU PAGE**

Metal Resources, Inc.

Plaintiff(s)

-VS-

Metalmax, LLC

Defendant(s)

CASE NUMBER

**2008L000041**

File Stamp Here

## SUMMONS

To each defendant:

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the Clerk of this Court, 505 North County Farm Road, Wheaton, Illinois within 30 days after the service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of services and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS: CHRIS KACHIROUBAS, Clerk of the Eighteenth Judicial Circuit Court, and the seal thereof, at Wheaton, Illinois.

Dated **JAN 1 2 2008**

Name: Ronald J. Senechalle  
(Plaintiff or Attorney for Plaintiff)

DuPage Attorney Number: 16555

Address: 2300 Barrington Road, Suite 220

City/State/Zip: Hoffman Estates, IL

Telephone: 847-310-0025

**CHRIS KACHIROUBAS**  
Clerk of the Eighteenth Judicial Circuit

IF YOU NEED LEGAL ADVICE CONCERNING YOUR LEGAL RESPONSIBILITY AS A RESULT OF THIS SUMMONS BEING SERVED UPON YOU AND YOU DON'T KNOW A LAWYER, YOU CAN CALL THE DU PAGE BAR ASSOCIATION LAWYER REFERRAL SERVICE AT (630) 653-9109.

NOTICE: The filing of an appearance or answer with the Circuit Court Clerk requires a statutory filing fee, payable at the time of filing.

Date of Service: _____  
(To be inserted by officer on copy left with Defendant or other person.)

CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©  
WHEATON, ILLINOIS 60189-0707

**Exhibit 1**

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, DUPAGE COUNTY, ILLINOIS

METAL RESOURCES INC. )
 )  2008L0C0041
Plaintiff, )
 )  Status Date: 04/14/08
v. )  Mgmt Date: 07/01/08
 )  NO.
 )  Assigned To: 2014
METALMAX, LLC, )
 )  AMOUNT CLAIMED: $86,274.28
 )  Statutory Penalty
Defendant. )  and costs.

FILED
Jan 14 2008 - 14:12 PM

*Chris Kechnerbac*
CLERK OF THE
18TH JUDICIAL CIRCUIT
DU PAGE COUNTY ILLINOIS

## VERIFIED COMPLAINT

### ACTION FOR BREACH OF CONTRACT

Plaintiff, METAL RESOURCES INC. by and through its attorneys, PLUYMERT, PIERCEY, MAC DONALD & AMATO, LTD complains against Defendant, METALMAX, LLC, as follows:

1. At all times material to this Complaint, Plaintiff was and is an Illinois Corporation licensed to do business in the State of Illinois and engaged in the business of selling steel material and metal product in Hinsdale, DuPage County, Illinois.

2. At all times material to this Complaint, Defendant was and is a Colorado Limited Liability Company.

3. Beginning in January of 2005 and continuing throughout the years of 2005 and 2006, Defendant purchased metal product from the Plaintiff.

- 1 -

4. To date, Defendant has made partial payments for the purchased metal product but has failed and refused to pay the balance due of $86,274.28. Invoices delivered by Plaintiff to the Defendant for those unpaid purchases are attached hereto as Exhibit A.

5. The metal product was delivered by Plaintiff to and accepted by or on behalf of the Defendant.

6. Defendant is indebted to Plaintiff in the sum of $86,274.28 for metal product ordered, delivered and accepted by or on behalf of the defendant.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Actual damages in the sum of $86,274.28;

B. Plaintiff's costs.

Respectfully submitted:

_____
One of Plaintiff' Attorneys

Ronald J. Senechalle and Thomas W. Hargrove
PLUYMERT, PIERCEY, MACDONALD & AMATO, LTD.
Attorneys for Plaintiff
2300 Barrington Road, Suite 220
Hoffman Estates, IL 60195
847-310-0025
Attorney No. 43678

- 2 -

- 3 -

## VERIFICATION BY CERTIFICATION

      Under penalties as provided by law pursuant to Sec. 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in Plaintiff's Complaint are true and correct, except as to the matters therein stated to be on information and belief and as to such matters the under signed certifies as aforesaid that he verily believes the same to be true.

METAL RESOURCES INC.

BY: _____
William R Wilson
Vice-President and Treasurer

# METAL RESOURCES, INC.

15 Salt Creek Lane, Suite 312
Hinsdale, IL 60521
630-920-1205
630-920-0133 Fax

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 10/3/2005 | 2976 |

| BILL TO |
|---|
| METALMAX, L.L.C<br>607 10th Street, Suite 302<br>Golden, Colorado 80401 |



| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | BILL OF LADING # |
|---|---|---|---|---|---|---|
| 2662 | Net 45 | 11/16/2005 | 10/3/2005 | EJ & E | Henderson, CO | 108154 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| GALVANIZED COIL<br>.0180 MIN X 5.3940" X COIL | 154,290 | 0.405 | 62,487.45 |

Thank you for your business.

**Total**  $62,487.45

# METAL RESOURCES, INC.
15 Salt Creek Lane, Suite 312
Hinsdale, IL 60521
630-920-1205
630-920-0133 Fax

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 12/5/2005 | 3172 |

**BILL TO**

METALMAX, L.L.C
607 10th Street, Suite 302
Golden, Colorado 80401

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | BILL OF LADING # |
|---|---|---|---|---|---|---|
| 2701 | Net 45 | 1/19/2006 | 12/5/2005 | CPU | GARY | 110516 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| GALVANIZED COIL .0180 MIN X 36.0000" X COIL  SHIPPED TO HERCULES IND INC | 50,030 | 0.3875 | 19,386.63 |

Thank you for your business.

**Total**  $19,386.63

# METAL RESOURCES, INC.

15 Salt Creek Lane, Suite 312
Hinsdale, IL 60521
630-920-1205
630-920-0133 Fax

| DATE | INVOICE NO. |
|---|---|
| 11/29/2005 | 3152 |

**BILL TO**
METALMAX, L.L.C
607 10th Street, Suite 302
Golden, Colorado 80401

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | BILL OF LADING # |
|---|---|---|---|---|---|---|
| 2698 | Net 45 | 1/13/2006 | 11/29/2005 | CPU | GARY | 110287 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| GALVANIZED COIL .0155 MIN X 36.0000" X COIL SHIPPED TO HERCULES INDUSTRIES | 33,860 | 0.395 | 13,374.70 |

Thank you for your business.

**Total** $13,374.70

# METAL RESOURCES, INC.

15 Salt Creek Lane, Suite 312
Hinsdale, IL 60521
630-920-1205
630-920-0133 Fax

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 12/16/2005 | 3174 |

| BILL TO |
|---|
| METALMAX, L.L.C<br>607 10th Street, Suite 302<br>Golden, Colorado 80401 |

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | BILL OF LADING # |
|---|---|---|---|---|---|---|
| 2699 | Net 45 | 1/30/2006 | 12/16/2005 | CPU | GARY | 110923 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| GALVANIZED COIL<br>.0230 MIN X 7.0000" X COIL<br><br>SHIPPED TO HERCULES IND INC | 16,430 | 0.385 | 6,325.55 |

Thank you for your business.

**Total** $6,325.55

# METAL RESOURCES, INC.

15 Salt Creek Lane, Suite 312
Hinsdale, IL 60521
630-920-1205
630-920-0133  Fax

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 12/19/2005 | 3175 |

| BILL TO |
|---|
| METALMAX, L.L.C<br>607 10th Street, Suite 302<br>Golden, Colorado 80401 |

| P.O. NO. | TERMS | DUE DATE | SHIP DATE | SHIP VIA | FOB | BILL OF LADING # |
|---|---|---|---|---|---|---|
| 2699 | Net 45 | 2/2/2006 | 12/19/2005 | CPU | GARY | 110991 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| GALVANIZED COIL<br>.0230 MIN X 7.0000" X COIL<br><br>SHIPPED TO HERCULES IND INC | 27,380 | 0.385 | 10,541.30 |

Thank you for your business.

**Total**  $10,541.30

**MRI**
*Metal Resources, Inc.*

101 O'Leary Drive - Bensenville, IL 60106
PHONE: (630) 616-1850  FAX: (630) 616-1852

REMIT TO: Metal Resources Inc.
15 Salt Creek Lane
Suite 312
Hinsdale, IL 60521

Invoice #: 3244
Page: 1 of 1

**Customer Name:** METALMAX LLC

**Shipped To:**

**Billed To:**
METALMAX LLC
607 10TH STREET, SUITE 302
GOLDEN, CO  80401

Customer #: 1049
Invoice Date: 01/13/2006
Ship Date: 01/13/2006
Ship Via: CPU

Invoice Total: $180.00
Customer P.O.: 2724
Shipment: 60
Order: S.O. #10065
Job Name: None
Sales Rep: HOUSE
Credit Terms: Net 30

| # | Shipped | Ordered | Billed | Product Description | Part Number | Weight | Unit Price | Amount |
|---|---------|---------|--------|---------------------|-------------|--------|------------|--------|
| 1 | 600 LB | 600 LB | 600 LB | STEEL COIL | STEEL_COIL | 600 | 0.30 LB | $180.00 |

Order Charge Detail
Description
None

Item Totals: 600    $180.00
Amount
Freight:       $0.00
Order Charges: $0.00
Sales Tax:     $0.00
Invoice Total: $180.00

**Invoice Comments**
None.

| ** Terms Explanation ** | Balance | Discount | Net | Pay By |
|---|---|---|---|---|
| Net 30 | $180.00 | $0.00 | $180.00 | 2/12/2006 |