**FILED**
**FEBRUARY 21, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| METAL RESOURCES INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | |
| METALMAX, LLC | ) | Judge |
| | ) | |
| Defendant. | ) | |

**08 C 1068**

**NOTICE OF AFFILIATES**

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE COX**

Defendant Metalmax, LLC, by its counsel, pursuant to Local Rule 3.2, discloses that it is a Colorado limited liability company of whom the following persons are members:

Tim Buglewicz
David Szydlik
Esmark, LLC

February 20, 2008

Respectfully submitted,

METALMAX, LLC

By: *Ann H. Cisneros*_____
Ann H. Cisneros, Colo. Reg. No. 32547
ANN H. CISNEROS LAW, LLC
P.O. Box 7310
Denver, Colorado 80207
303-284-1501 (voice)
303-496-1502 (fax)
acisneros@annhcisneroslaw.com