**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| METAL RESOURCES INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  08 C 1068 |
| | ) | |
| v. | ) | |
| | ) | |
| METALMAX, LLC | ) | Judge Robert W. Gettleman |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, March 6, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, Defendant Metalmax, LLC shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and present attached UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD.

February 25, 2008

                METALMAX, LLC


By: *Ann H. Cisneros*_____
     Ann H. Cisneros, Colo. Reg. No. 32547
     ANN H. CISNEROS LAW, LLC
     P.O. Box 7310
     Denver, Colorado  80207
     303-284-1501 (voice)
     303-496-1502 (fax)
     acisneros@annhcisneroslaw.com