**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| METAL RESOURCES INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  08 C 1068 |
| | ) | |
| v. | ) | |
| | ) | |
| METALMAX, LLC | ) | Judge Robert W. Gettleman |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant Metalmax, LLC's unopposed motion to extend time to answer or otherwise plead.  Due notice having been given and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

The motion is granted.  Metalmax, LLC shall file its answer or otherwise plaed to the complaint on or before March 18, 2008.

Dated: March _____, 2008

        ENTERED:

        _____
        Judge Robert W. Gettleman