# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1068 | **DATE** | 7/24/2008 |
| **CASE TITLE** | Metal Resources, Inc.　vs　Metalmax, LLC | | |

**DOCKET ENTRY TEXT:**

Status hearing held. This cause is ordered **remanded** to the Circuit Court of the 18th Judicial Circuit, DuPage County, Illinois.

[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|